UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEWIS, | No.  1:26-cv-01237-SKO (HC) |
| Petitioner, | **ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE TO CASE** |
| v. | **FINDINGS AND RECOMMENDATION TO DISMISS PETITION AND FORWARD PETITION TO CALIFORNIA SUPREME COURT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | **[FOURTEEN DAY DEADLINE]** |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on December 18, 2025, in the Sacramento Division of this Court. (Doc. 1.) On February 12, 2026, the case was transferred to the Fresno Division. Upon review of the petition, it is apparent that Petitioner filed the petition in the wrong court.  The petition is captioned for the California Supreme Court. In addition, in his claims for relief, Petitioner requests that the California Supreme Court review the habeas petition filed in the Merced County Superior Court and the petition filed in the California Fifth Appellate District Court of Appeals.

For these reasons, the Court will recommend that the petition be dismissed without prejudice, and the Clerk of Court be directed to forward the petition to the California Supreme

1

Court.

## ORDER

IT IS HEREBY ORDERED that the Clerk of Court is directed to randomly assign a district judge to this case.

## RECOMMENDATION

For the foregoing reasons, the Court RECOMMENDS the petition be dismissed without prejudice, and the Clerk of Court be directed to forward the petition to the California Supreme Court.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within fourteen (14) days after being served with a copy of this Findings and Recommendation, a party may file written objections with the Court and serve a copy on all parties. Id. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014).  This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

IT IS SO ORDERED.

Dated:    **February 18, 2026**                    /s/ *Sheila K. Oberto*

2

UNITED STATES MAGISTRATE JUDGE