**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN LEWIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>　　　　　Respondent. | No. 1:26-cv-01237 KES SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD PETITION TO CALIFORNIA SUPREME COURT AND TO CLOSE CASE<br><br>Doc. 10 |

Kevin Lewis is a state prisoner proceeding pro se with a petition for writ of habeas corpus. On February 19, 2026, the magistrate judge found Lewis erroneously filed his petition in the district court and recommended the action be dismissed, with the petition forwarded to the California Supreme Court. Those findings and recommendations were served upon Lewis and contained notice that any objections were due with 14 days. Doc. 10. Lewis did not file objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1), the court conducted a de novo review of the case. Having carefully reviewed the file, the court concludes the findings and recommendations are supported by the record and proper analysis. The Court **ORDERS**:

1.　　　The findings and recommendations issued on February 19, 2026, are **ADOPTED** in full.

1

2.      The petition for writ of habeas corpus is **DISMISSED** without prejudice.

3.      The Clerk of Court is directed to forward the petition (Doc. 1) to the California Supreme Court.

4.      The Clerk of Court is directed to terminate pending matters and close the case.

IT IS SO ORDERED.

Dated:   March 14, 2026

UNITED STATES DISTRICT JUDGE

2